IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVIN E. ANDERSON,<br><br>        Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA, and NEBRASKA MENTAL HEALTH BOARD,<br><br>        Respondents. | 8:19CV172<br><br>MEMORANDUM AND ORDER |

This matter is before the court on Respondent's Motion to Substitute Respondent. (Filing 15.) Upon careful consideration,

IT IS ORDERED that Respondent's Motion to Substitute Respondent (filing 15) is granted. The clerk's office is directed to update the court's records to reflect that Ashley Sacriste is the sole proper respondent in this action.

Dated this 9th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge