IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVIN E. ANDERSON,<br><br>          Petitioner,<br><br>vs.<br><br>ASHLEY SACRISTE,<br><br>          Respondent. | **8:19CV172**<br><br>**ORDER** |

This matter is before the court on Respondent's Motion for Court Order Authorizing Production of State Court Records. (Filing 17.) Upon consideration,

IT IS ORDERED that:

1.      Respondent's motion (filing 17) is granted.

2.      For the limited purpose of this case, the Clerk of the District Court for Lancaster County shall disclose any records related to the commitment of Devin E. Anderson under the Nebraska Sex Offender Commitment Act, Neb. Rev. Stat. § 71-1201 et seq, to Respondent's counsel so that Respondent may submit those records to this Court. Specifically, pursuant to Neb. Rev. Stat. § 71-961(1)(e), Troy Hawk, Clerk of the District Court of Lancaster County, Nebraska, shall produce a certified copy of the Mental Health Board of the Third Judicial District's Order in *In The Interest of Devin E. Anderson*, Case No. 2016-081, filed January 12, 2017, to Respondent's counsel.

Dated this 5th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge