IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVIN E. ANDERSON,<br><br>    Petitioner,<br><br>vs.<br><br>ASHLEY SACRISTE,<br><br>    Respondent. | 8:19CV172<br><br>MEMORANDUM AND ORDER |

   This matter is before the court on Respondent's Motion for Permission to Seal Partial Designation of State Court Records (filing 21) and Motion for Permission to Restrict Brief in Support of Motion for Summary Judgment (filing 23). Respondent asks this court to enter an order pursuant to NECivR 7.5(a)(i) and NECivR 5.3(c)(1) permitting Respondent to file the Partial Designation of State Court Records under seal because such records consist of confidential documents and to restrict Respondent's brief in support of her summary judgment motion because it substantively cites to and directly references the confidential content in the Partial Designation. Upon consideration,

   IT IS ORDERED that:

   1. Respondent's Motion for Permission to Seal Partial Designation of State Court Records (filing 21) is granted.

   2. Respondent's Motion for Permission to Restrict Brief in Support of Motion for Summary Judgment (filing 23) is granted.

Dated this 13th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge